IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACKLYN REYNA RICKETT,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | |
| **MICHAEL J. ASTRUE,** | : | **NO. 12-174** |
| **Defendant.** | : | |

### O R D E R

**AND NOW**, this 14th day of April, 2014, after careful review and independent consideration of Plaintiff's request for review, Defendant's response thereto and review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, to which no objections were filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **DENIED**; and

3. Judgment is entered in this matter in favor of Defendant.

                                                                **BY THE COURT:**

                                                                 **/s/ Mitchell S. Goldberg**

                                                                 **Mitchell S. Goldberg, J.**